# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARIBEL GONZALEZ, as an individual and on behalf of all others similarly situated;

Plaintiff,

vs.

VOLT MANAGEMENT CORP., a Delaware Corporation; IKEA DISTRIBUTION SERVICES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 1:24-cv-01348-KES-CDB

**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION**

1

# ORDER

The Court, having reviewed the Parties' Joint Stipulation to Remand Removed Action, Doc. 30, and with GOOD CAUSE appearing therefore, orders as follows:

1. The Stipulation is approved and the request for remand is granted.

2. Eastern District of California Case No. 1:24-cv-01348-KES-CDB is hereby REMANDED to the Superior Court for the State of California for the County of Kern.

3. The Clerk of Court is directed to mail a copy of this order to the Kern County Superior Court and to close this case.

IT IS SO ORDERED.

Dated:    January 13, 2026

_____
UNITED STATES DISTRICT JUDGE